ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
     Social Security Administration
     Office of General Counsel
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4818
     Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE DEWIGHT TURNER,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | No. 2:25-cv-01893-SCR (SS)<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER |

     IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

     On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

1    Respectfully submitted this 10th day of September, 2025.

2                                      ERIC GRANT
3                                      United States Attorney

4                              By:    _s/ Oscar Gonzalez de Llano_
5                                      OSCAR GONZALEZ DE LLANO
                                       Special Assistant United States Attorney
6                                      Attorneys for Defendant

7
                                       Lehrkind Law Office, P.C.
8
9                              By:    _s/ Margaret Lehrkind_
                                       Margaret Lehrkind
10                                     (*as authorized by email)
11                                     Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Remand

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  November 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand